E. GERARD MANNION (State Bar No. 77287)
WESLEY M. LOWE (State Bar No. 111761)
KELLY M. MANNION (State Bar No. 278816)
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

PHILIP T. PRINCE (State Bar No. 100098)
Law Offices of Philip T. Prince
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Telephone: (415) 981-7332
Facsimile: (415) 434-4810

Attorneys for Plaintiffs
CARLOS BEA and LOUISE BEA

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE BRADLEY (State Bar No. 221323)
SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: cynthia.mellema@snrdenton.com
jeffry.butler@snrdenton.com
michelle.bradley@snrdenton.com

Attorneys for Defendant
ENCOMPASS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

CARLOS BEA and LOUISE BEA,

Plaintiffs,

vs.

ENCOMPASS INSURANCE COMPANY and DOES 1 through 100, inclusive,

Defendants.

No. 3:13-cv-00008-EMC

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

Because the Court has not yet ruled on plaintiff's Motion to Remand (the "Motion"), the parties hereby stipulate that the following dates be taken off calendar and reset, if necessary, at the time the Court rules on the Motion:

| | |
|---|---|
| Deadline to meet and confer | April 4, 2013 |
| Deadline to file ADR certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference | April 4, 2013 |
| Deadline to submit joint Rule 26(f) report | April 18, 2013 |
| Case management conference | April 25, 2013 |

Plaintiffs filed the Motion on January 31, 2013, and the hearing was set for March 21, 2013. On March 1, 2013, the Court took the hearing on the Motion off calendar. As such, in the interest of maximizing judicial efficiency and conserving resources by limiting litigation activities until the Court has had the opportunity to rule on the Motion, the parties believe it would be appropriate to take the case management conference and all related deadlines off calendar, to be reset, if necessary, at the time the Court rules on the Motion.

IT IS SO STIPULATED.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: March 22, 2013    By: */S/ MICHELLE BRADLEY*
Michelle Bradley

Dated: March 22, 2013

MANNION & LOWE

By: */s/ E. Gerard Mannion* ____________
E. GERARD MANNION

Attorneys For Plaintiffs CARLOS BEA and LOUISE BEA

Dated: March 22, 2013

SNR DENTON US LLP

By: *Michelle Bradley* ______________
MICHELLE BRADLEY

Attorneys For Defendant ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED. CMC is reset for 5/30/13 at 9:00 a.m. A joint CMC statement shall be filed by 5/23/13.

______________________________
Hon. Edward M. Chen
U.S. District Court Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen