1  E. GERARD MANNION (State Bar No. 77287)
   WESLEY M. LOWE (State Bar No. 111761)
2  KELLY M. MANNION (State Bar No. 278816)
   MANNION & LOWE
3  655 Montgomery Street, Suite 1200
   San Francisco, CA 94111
4  Telephone: (415) 733-1050
   Facsimile: (415) 434-4810
5
   PHILIP T. PRINCE (State Bar No. 100098)
6  Law Offices of Philip T. Prince
   655 Montgomery Street, Suite 1200
7  San Francisco, CA 94111
   Telephone: (415) 981-7332
8  Facsimile: (415) 434-4810

9  Attorneys for Plaintiffs
   CARLOS BEA and LOUISE BEA
10

11 CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
12 MICHELLE BRADLEY (State Bar No. 221323)
   SNR Denton US LLP
13 525 Market Street, 26th Floor
   San Francisco, CA 94105
14 Telephone: (415) 882-5000
   Facsimile: (415) 882-0300
15 E-mail: cynthia.mellema@snrdenton.com
           jeffry.butler@snrdenton.com
16         michelle.bradley@snrdenton.com

17 Attorneys for Defendant
   ENCOMPASS INSURANCE COMPANY
18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21              SAN FRANCISCO/OAKLAND DIVISION

22 | CARLOS BEA and LOUISE BEA,          | No. 3:13-cv-00008-EMC
23 |        Plaintiffs,                   | STIPULATION AND [PROPOSED]
   |                                      | ORDER CONTINUING CASE
24 |     vs.                              | MANAGEMENT CONFERENCE AND
   |                                      | RELATED DEADLINES
25 | ENCOMPASS INSURANCE COMPANY
   | and DOES 1 through 100, inclusive,
26 |
   |        Defendants.
27

28

1  The parties, by and through their respective counsel of record, hereby stipulate and
2  agree as follows and respectfully request that the Court approve and give effect to their
3  stipulation:
4  Because the Court has not yet ruled on plaintiff's Motion to Remand (the "Motion"),
5  the parties hereby stipulate that the following dates be taken off calendar and reset, if
6  necessary, at the time the Court rules on the Motion:

| | |
|---|---|
| Deadline to meet and confer | April 4, 2013 |
| Deadline to file ADR certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference | April 4, 2013 |
| Deadline to submit joint Rule 26(f) report | April 18, 2013 |
| Case management conference | April 25, 2013 |

Plaintiffs filed the Motion on January 31, 2013, and the hearing was set for March 21, 2013. On March 1, 2013, the Court took the hearing on the Motion off calendar. As such, in the interest of maximizing judicial efficiency and conserving resources by limiting litigation activities until the Court has had the opportunity to rule on the Motion, the parties believe it would be appropriate to take the case management conference and all related deadlines off calendar, to be reset, if necessary, at the time the Court rules on the Motion.

IT IS SO STIPULATED.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: March 22, 2013          By: __/S/ MICHELLE BRADLEY__
                                    Michelle Bradley

| | |
|---|---|
| Dated: March 22, 2013 | MANNION & LOWE |
| | By: /s/ E. Gerard Mannion |
| | E. GERARD MANNION |
| | Attorneys For Plaintiffs CARLOS BEA and LOUISE BEA |
| Dated: March 22, 2013 | SNR DENTON US LLP |
| | By: Michelle Bradley |
| | MICHELLE BRADLEY |
| | Attorneys For Defendant ALLSTATE INSURANCE COMPANY |

IT IS SO ORDERED.   CMC is reset for 5/30/13 at 9:00 a.m.  A joint CMC statement shall be filed by 5/23/13.

_____
Hon. Edward M. Chen
U.S. District Court Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen, United States District Court, Northern District of California]*