UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BEA and LOUISE BEA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ENCOMPASS INSURANCE CO., and<br>DOES 1 through 100, inclusive,<br>                                        Defendants. | NO. ED-CV-13-00008-JLQ<br><br>ORDER RE: REASSIGNMENT<br>AND MOTION TO REMAND |

    This case has been assigned to the undersigned for all further proceedings. Counsel are instructed that all future filings shall bear the **initials JLQ** immediately after the case number.

    The court has reviewed the file, and is aware that a Motion to Remand (ECF No. 7) is pending and has been fully briefed. The Motion was previously set for hearing on March 21, 2013, which hearing was vacated. The court has reviewed the briefing and believes that oral argument is unnecessary. L.R. 7-2(b)("In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call.")

    **IT IS HEREBY ORDERED**:

    1. If either party requires oral argument, that party shall file a Notice of Request for Oral Argument **on or before April 3, 2013**. If either party requests oral argument, the court will hear the Motion to Remand telephonically at a date and time to be set by the court. If no request is made, the Motion will be deemed submitted for decision as of April 3, 2013.

    2. The parties have filed a Stipulation (ECF No. 25) for continuance of case management deadlines. That stipulated request for continuance is GRANTED. The case

ORDER - 1

1  management conference date of April 25, 2013 is STRICKEN.  The associated dates to
2  meet and confer, file ADR certification, and submit Rule 26(f) report are also
3  STRICKEN.  The dates will be reset, if necessary, after determination of the Motion to
4  Remand.

**IT IS SO ORDERED:**

The Clerk shall enter this Order and furnish copies to counsel.

Dated this 27th day of March, 2013.

                s/ Justin L. Quackenbush
              JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2